

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE UNSEALING OF 3607 CASES     )
                                  )
                                  )

## ORDER

The court has reviewed the files in the matters listed below and determined that those cases should be unsealed. Accordingly, the Clerk is hereby requested to unseal the following cases:

| |
|---|
| 1:09-mj-00134-JFA *SEALED*-1 |
| 1:09-mj-00220-JFA *SEALED*-1 |
| 1:09-mj-00330-JFA *SEALED*-1 |
| 1:09-mj-00511-JFA *SEALED*-1 |
| 1:09-mj-00512-JFA *SEALED*-1 |
| 1:09-mj-00513-JFA *SEALED*-1 |
| 1:09-mj-00607-JFA *SEALED*-1 |
| 1:09-mj-00610-JFA *SEALED*-1 |
| 1:09-mj-00720-JFA *SEALED*-1 |
| 1:10-mj-346-JFA *SEALED*-1 |
| 1:10-mj-478-JFA *SEALED*-1 |
| 1:10-mj-518-JFA *SEALED*-1 |
| 1:10-mj-522-JFA *SEALED*-1 |
| 1:10-mj-533-JFA *SEALED*-1 |
| 1:10-mj-563-JFA *SEALED*-1 |
| 1:10-mj-712-JFA *SEALED*-1 |
| 1:10-mj-737-JFA *SEALED*-1 |
| 1:10-mj-791-JFA *SEALED*-1 |
| 1:11-mj-302-JFA *SEALED*-1 |

| |
|---|
| 1:11-mj-484-JFA *SEALED*-1 |
| 1:11-mj-485-JFA *SEALED*-1 |
| 1:11-mj-507-JFA *SEALED*-1 |
| 1:11-mj-522-JFA *SEALED*-1 |
| 1:11-mj-698-JFA *SEALED*-1 |
| 1:11-mj-702-JFA *SEALED*-1 |
| 1:11-mj-765-JFA *SEALED*-1 |
| 1:11-mj-766-JFA *SEALED*-1 |
| 1:12-mj-311-JFA *SEALED*-1 |
| 1:12-mj-312-JFA *SEALED*-1 |
| 1:12-mj-434-JFA *SEALED*-1 |
| 1:12-mj-440-JFA *SEALED*-1 |
| 1:12-mj-480-JFA *SEALED*-1 |
| 1:13-mj-00045-JFA *SEALED*-1 |
| 1:13-mj-460-JFA *SEALED*-1 |
| 1:13-mj-547-JFA *SEALED*-1 |
| 1:13-mj-678-JFA *SEALED*-1 |
| 1:13-mj-711-JFA *SEALED*-1 |
| 1:13-mj-745-JFA *SEALED*-1 |
| 1:14-mj-11-JFA *SEALED*-1 |
| 1:14-mj-68-JFA *SEALED*-1 |
| 1:14-mj-123-JFA *SEALED*-1 |
| 1:14-mj-144-JFA *SEALED*-1 |
| 1:14-mj-208-JFA *SEALED*-1 |
| 1:14-mj-356-JFA *SEALED*-1 |
| 1:14-mj-475-JFA *SEALED*-1 |

| |
|---|
| 1:14-mj-521-JFA *SEALED*-1 |
| 1:14-mj-524-JFA *SEALED*-1 |
| 1:14-mj-529-JFA *SEALED*-1 |
| 1:14-mj-531-JFA *SEALED*-1 |
| 1:14-mj-533-JFA *SEALED*-1 |
| 1:14-mj-545-JFA *SEALED*-1 |
| 1:14-mj-566-JFA *SEALED*-1 |

Entered this 12th day of February, 2016.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia